IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON DAN DECKER, #202 520, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-759-WKW |
| | ) | [WO] |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

## **ORDER**

On February 3, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's motion for a preliminary injunction (Doc. # 7) is DENIED as moot, and that this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 23rd day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE